UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| Ricky Kaleo Onaalii Manuel, | Case No. 2:21-cv-01668-GMN-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| North Las Vegas Community Correctional Center, *et al*., | |
| Defendants. | |

**I.  DISCUSSION**

According to the Clark County Detention Center ("CCDC") inmate database, Plaintiff is no longer at the address listed with the Court.  The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a

> pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court grants Plaintiff until April 8, 2022 to file his updated address with the Court.  If Plaintiff does not update the Court with his current address by April 8, 2022, this case will be subject to dismissal without prejudice.

**II.  CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that Plaintiff shall file his updated address with the Court on or before April 8, 2022.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this Order, this case will be subject to dismissal without prejudice.

DATED: March 11, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE