My name is Ricky Kaleo Manvel #1162093 an inmate at Southern Desseet Correctional Center. Im writing on Regards of Mr. Ricky Manvel vs. North Las Vegas Community Correctional Center. Due to an issue involving myself the correctional officers had to remove me from a unit in SDCC. During that process the officers had to pack my belongings up but did not pack any of my legal work given to me from your courts. Or my Criminal legal work either. I have put in my grievances the grievance number is 20063146669. Can I please be granted by the courts an additional copy of steps to proceed in my civil suit and any evidence or documents I would need to proceed with the suit. The last step I had completed was the Opening Brief and the application to proceed in forma pauperis. Please and thank you for your time.

I Ricky Manvel declare this to be true under any penalty or purjury.

x Ricky Manvel
Ricky K. Mannvel
#1162093
SDCC  P.O. Box 208

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JAN 23 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

**ORDER**

IT IS ORDERED that ECF No. 23 is DENIED without prejudice, as the Court does not know what document Plaintiff is seeking. IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of the docket to Plaintiff. If Plaintiff is seeking a particular document, he may file a motion requesting the specific document he seeks.

IT IS SO ORDERED
DATED: 1:50 pm, January 25, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Y Manuel #1162093
Jean Desert C.C.
Box 208
Indian Springs NV, 89070

LAS VEGAS NV 890
19 JAN 2023 PM 3 L

District Clerk Of The Court
333 S. Las Vegas Blvd
Las Vegas NV, 89101

XRAYED US MARSHALS SERVICE

FILED
ENTERED
COUNSEL/PARTIES
RECEIVED
SERVED ON

JAN 23 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

89101-706599